**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LUCAN WORSHAM**                                                                    **PETITIONER**
**ADC #153205**

**V.**                              **NO. 4:26-cv-00627-KGB-ERE**

**DEXTER PAYNE, Director, Arkansas**
**Division of Correction**                                                          **RESPONDENT**

## ORDER

Petitioner Lucan Worsham, an inmate at the Tucker Unit of the Arkansas Division of Correction, filed a petition for habeas relief under 28 U.S.C. § 2254. *Doc. 2*. Respondent asserts that Mr. Worsham's claims should be dismissed as: (1) procedurally defaulted; and (2) not cognizable in federal habeas proceedings. *Doc. 5*.

Mr. Worsham has up to and including Wednesday August 12, 2026 to file a reply addressing the arguments in Respondent's response.

So Ordered 22 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE